**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

JAY BALLARD                                                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:14-CV-00013-SA-DAS

GEICO INSURANCE AGENCY, INC.                                                              DEFENDANT

**ORDER OF REMAND**

Plaintiff's Motion to Remand [7] is GRANTED. This matter is hereby REMANDED to the Circuit Court of Tishimingo County, Mississippi.

SO ORDERED on this, the 28th day of May, 2014.

                                                 **/s/ Sharion Aycock**
                                                 **U.S. DISTRICT JUDGE**